## SCHMIDT v MALAVAZOS ( 2 cases)

Ohio Appeals, 2nd Dist, Greene Co

Nos 387 & 388.   Decided May 1, 1933

Miller & Finney, Xenia, for plaintiff.

Marshall & Marshall, Xenia, for defendants.

For full opinion see 39 OLR 260; 187·NE 793; 46 Oh Ap 116.